COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

 

NO.
02-12-00042-CV 

 


 
 
 Legend Healthcare Gainesville, LP d/b/a Pecan Tree
 Manor
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Josephine Barnes, Terri Baize, and Marie Hauser, Individually
 and on Behalf of the Estate of Theresa Sue Macri
 
 
  
 
 
 APPELLEES 
 
 


 

------------

 

FROM THE 235th District Court OF Cooke COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We have
considered the parties’ “Joint Motion To
Dismiss.”  It is the court’s opinion that the motion should be granted;
therefore, we dismiss the appeal.  See Tex. R. App. P. 42.1(a)(1), 43.2(f).

         
Costs of the appeal shall be paid by appellant, for which let execution
issue.  See Tex. R. App. P. 42.1(d).

 

                                                                            
PER CURIAM

PANEL: 
MEIER, MCCOY, and GABRIEL, JJ.  

 

DELIVERED:
 November 15, 2012














[1]See Tex. R. App. P. 47.4.